UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| LOVINE BRIGGS,<br><br>        Petitioner,<br><br>  v.<br><br>B.M. CASH, Warden,<br><br>        Respondent. | ) CV 11-9938-GAF (SH)<br>)<br>) ORDER ACCEPTING REPORT<br>) AND RECOMMENDATION<br>) OF UNITED STATES<br>) MAGISTRATE JUDGE<br>)<br>)<br>)<br>)<br>)<br>) |

      Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the Petition, all of the records and files herein and the attached Final Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Final Report and Recommendation. The Court concurs with and accepts the conclusions of the Magistrate Judge.

      IT IS ORDERED that the Petition filed herein is denied and the action is

dismissed with prejudice.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Final Report and Recommendation and the Judgment herein by the United States mail on petitioner and counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: March 28, 2013

```
                                    _____
                                         GARY A. FEESS
                                    UNITED STATES DISTRICT JUDGE
```