JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| LOVINE BRIGGS, | ) CV 11-9938-GAF (SH) |
| | ) |
| | ) JUDGMENT |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| B.M. CASH, WARDEN, | ) |
| | ) |
| Respondents. | ) |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: March 28, 2013

*Gary Feess*

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

1